# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America <br> v. <br> NATHAN JONES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 1:24-MJ-80 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 3, 2024__ in the city/county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

April Russo AUSA/Alexis Hughes SAUSA
*Printed name and title*

_____
*Complainant's signature*

Thomas G. Pattinson, Federal Air Marshal, TSA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: March 4, 2024

**Lindsey R Vaala** Digitally signed by Lindsey R Vaala
Date: 2024.03.04 13:31:58 -05'00'

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*