JS 45 (01/2008)                                             **REDACTED**

Criminal Case Cover Sheet                                                                                  U.S. District Court

**Place of Offense:**             Under Seal: Yes ___  No  X   Judge Assigned: _____
City _____ Superseding Indictment _____  Criminal Number: _____

County/Parish  Loudoun    Same Defendant _____   New Defendant  X  _____
                          Magistrate Judge Case Number  1:24-MJ-80    Arraignment Date: _____
                          Search Warrant Case Number  _____
                          R 20/R 40 from District of  _____
                          Related Case Name and No: _____

**Defendant Information:**

**Juvenile -- Yes** ___ **No** ___  **FBI #:** _____
**Defendant Name:** Nathan Jones          **Alias Name(s)** _____
**Address:** _____
**Employment:** _____
**Birth date** xx/xx/2004  **SS#** xxx-xx-2343  **Sex** M  **Def Race** _____  **Nationality** _____  **Place of Birth** _____
**Height** _____ **Weight** _____ **Hair** _____ **Eyes** _____  **Scars/Tattoos** _____
**Interpreter:** ___ No ___ Yes  **List language and/or dialect** _____  **Automobile Description** _____

**Location Status:**

Arrest Date  _____
 X  Already in Federal Custody as of      03/03/2024        in  ADC
___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody
___ Arrest Warrant Requested   ___ Fugitive              ___ Summons Requested
___ Arrest Warrant Pending     ___ Detention Sought      ___ Bond

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____
Address: _____ ___ Retained
Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

SAUSA  Alexis Hughes      Telephone No: _____     Bar # _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

Thomas G. Pattinson, Federal Air Marshal, Transportation Security Administration

**U.S.C. Citations:**

|       | **Code/Section**   | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|-------|--------------------|------------------------------------|--------------|-------------------------------|
| Set 1 | 49 U.S.C. § 46504  | Interference with Flight Crew      | 1            | Felony                        |
| Set 2 |                    |                                    |              |                               |
| Set 3 |                    |                                    |              |                               |

(May be continued on reverse)

Date: _____   Signature of SAUSA: _____