TYPE OF HEARING: **RULE 5**
CASE NUMBER: **1:24-mj-80**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **3-4-2024**
TIME: **2:00PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**NATHAN JONES**

GOVT. ATTY: **APRIL RUSSO / ALEXIS HUGHES**

DEFT'S ATTY: **W/O COUNSEL   ROBERT JENKINS (RETAINED BUT NOT PRESENT FOR THIS HEARING)**

DUTY AFPD: ____

INTERPRETER/LANGUAGE ____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (✓)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )  FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

**GOV'T SEEKING DETENTION - GRANTED PENDING PH/DH.**

BOND **DEFT REMANDED TO THE CUSTODY OF THE USMS.**

NEXT COURT APPEARANCE **3/6/24**    TIME **2:00PM**
**PH/DH - LRV**

In Court Time: **5 MIN**