TYPE OF HEARING: **PH/DH**
CASE NUMBER: **1:24-mj-80**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **3-6-2024**
TIME: **2:00 PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**NATHAN JONES**

GOVT. ATTY: **APRIL RUSSO / ALEXIS HUGHES**

DEFT'S ATTY: **ROBERT JENKINS**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (✓)

MATTER CAME ON FOR PH/DH.
DEFT REQUEST CONTINUE PH/DH FOR TIME TO CONDUCT MENTAL HEALTH EVALUATION. - GRANTED
GOV'T DOES NOT OBJECT.
DEFT FAA CARD + PASSPORT TO BE TURNED OVER TO PRETRIAL SERVICES.
DEFT REMANDED TO CUSTODY OF USMS.

NEXT COURT APPEARANCE **3/11/2024** TIME **3:00 PM**
**PH/DH - LRV**

In Court Time: **10 min**