AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| U. S <br> _Plaintiff_ <br> v. <br> Nathan Jones <br> _Defendant_ | ) ) ) ) Case No. 24-MJ-80 ) ) |

**FILED IN OPEN COURT**
MAR - 6 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nathan Jones                                                                                  .

Date: 3-6-24

_Attorney's signature_

Robert L. Jenkins, Jr.
_Printed name and bar number_

1010 Cameron Street
_Address_

RJenkins@ByrumAndJenkinsLaw.com
_E-mail address_

703 309 0899
_Telephone number_

703 549 7701
_FAX number_