TYPE OF HEARING: **PH/DH**
CASE NUMBER: **1:24-mj-80**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **3-11-2024**
TIME: **3:00 PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**NATHAN JONES**

GOVT. ATTY: **APRIL RUSSO**

DEFT'S ATTY: **ROBERT JENKINS**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )  FPD ( )  CJA ( )  Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Matter came on for PH/DH. Deft waives PH. Court finds PC. DH continued for more time to obtain Mental Health evaluation.

BOND: Joint Motion + Proposed Order regarding CJA Act finding to be filed.

NEXT COURT APPEARANCE **3-18-2024**   TIME **3:00 PM**
**DH-LRV**

In Court Time: **24 MIN**