AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
__Nathan Jones__ ) Case No.
_____ Defendant _____ )
)
)



## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __3-11-24__

x __Nathan Jones__
*Defendant's signature*

_____
*Signature of defendant's attorney*

__Robert Jenkins__
*Printed name and bar number of defendant's attorney*

__1010 Cameron Street__
*Address of defendant's attorney*

__RJenkins@BynumAndJenkinsLaw.com__
*E-mail address of defendant's attorney*

__703 309 0845__
*Telephone number of defendant's attorney*

__703 549 7711__
*FAX number of defendant's attorney*