

Department of Community & Human Services
4850 Mark Center Dr
Alexandria, VA 22311

alexandriava.gov

703.746.3400

March 12, 2024

To Whom it May Concern,

This letter is being written to provide information regarding Nathan Jones, who has been detained at the Alexandria Detention Center for the federal authorities since March 3, 2024.

Since his detainment, Mr. Jones has been on suicide protocols for engaging in self-injurious behaviors ie. head banging behaviors and statements of intentions of self-harm. Mr. Jones has been restrained daily, sometimes several times a day. He displays incoherent speech, disorganized behavior, mood lability and appears to be experiencing psychosis. These are symptoms indicative of a serious mental illness.

Mr. Jones did meet with the jail psychiatrist on March 7, 2024. He was not able to consent to take medications and he was continued on suicide protocols. Initial diagnostic impression is Unspecified Schizophrenia Spectrum and Other Psychotic Disorder.

This information is being written out of concern and recommendation that Mr. Jones needs a hospital level of care to stabilize his altered mental status that appears to be associated with a psychiatric illness. His status as a federal inmate has prevented pursuant of a forensic hospitalization that would occur with these circumstances. Without proper treatment, Mr. Jones is likely to continue to decompensate and continue to be a harm to himself as there is no less restrictive means than inpatient care to stabilize his condition.

If I can be of further assistance, please do not hesitate to contact me.

*Anne Zalewski, LCSW*

Anne Zalewski, LCSW
Senior Therapist
City of Alexandria, Virginia
Department of Community and Human Services/Jai Services
Office: 703-746-5093