IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 1:24-MJ-80 (LRV) |
| | ) |
| NATHAN JONES | ) |
| | ) |
| Defendant. | ) |

ORDER

On March 6, 2024, the Court held a hearing during which the defendant requested a continuance of his preliminary and detention hearings to allow time for a mental health evaluation to be conducted. (Dkt. No. 8.) The Court granted the continuance, and the defendant was remanded pending further proceedings. During the March 6 hearing, the Court directed that Defendant's passport and FAA card be turned over to the Pretrial Services pending further proceedings. In an Order dated March 18, 2024, and at the joint request of the parties, the Court ordered that the defendant be committed to the custody of the Attorney General and transported to a Bureau of Prisons facility in order for a psychiatric and psychological examination of the defendant to be conducted to determine whether the defendant is competent to stand trial and whether the defendant suffered a severe mental disease or defect at the time of the charged offenses such that he was unable to appreciate the wrongfulness of his acts. (Dkt. No. 18.)

Accordingly, it is hereby **ORDERED** that Pretrial Services retain Defendant's passport and FAA card until further order of the Court.

**Entered** this 19th day of March, 2024.

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia