IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:24-mj-80 |
| NATHAN JONES, | |
| Defendant. | |

MOTION TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 48(a), because the ends of justice are best served by this dismissal, the United States hereby moves to dismiss the charges in the complaint and information in this matter.

Respectfully submitted,

ERIK SIEBERT
UNITED STATES ATTORNEY

By: _____/s/_____
April N. Russo
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3919
Fax: (703) 299-3980
Email: april.russo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically generate a Notice of Electronic Filing (NEF) to all counsel of record.

/s/
April N. Russo
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3919
Fax: (703) 299-3980
Email: april.russo@usdoj.gov