IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> NATHAN JONES, <br><br> Defendant. | Case No. 1:24-mj-80 |

ORDER

The motion of the United States of America to dismiss the charges in the complaint and information in this matter is hereby granted. Accordingly,

IT IS ORDERED that this matter is hereby DISMISSED.

                                                  Lindsey R. Vaala
                                                  United States Magistrate Judge
                                                  Alexandria, Virginia