|  |  |
|---|---|
|  | TYPE OF HEARING: Status/Sentencing |
|  | CASE NUMBER: 1:24-mj-80 |
|  | MAGISTRATE JUDGE: Lindsey R. Vaala |
|  | DATE: 4/29/2025 |
|  | TIME: 10:00am |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |

UNITED STATES OF AMERICA

       VS.

__Nathan Jones_____

GOVT. ATTY: ___April Russo_____

DEFT'S ATTY: ___Robert Jenkins_____

  DUTY AFPD/CJA:_____

INTERPRETER_____LANGUAGE_____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE  (  )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (  )
DEFT INFORMED OF THE VIOLATION(S) (  )
COURT TO APPOINT COUNSEL (  )  FPD (  ) CJA (  ) Conflict List (  )  Reappointed (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  (  )

  Gov't informed the Court that defendant has been in full compliance with conditions of release. Gov't Motion to Dismiss - GRANTED.

  Case Dismissed.

  Order to follow.

DEFT RECOGNIZED TO APPEAR AT FURTHER COURT DATE (  )

NEXT COURT APPEARANCE _____TIME _____

In Court Time : __3 minutes__
10:10 - 10:13