IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN JONES,<br><br>Defendant. | Case No. 1:24-mj-80 |

ORDER

This matter is before the Court on the Government's Motion to Dismiss (Dkt. No. 38). The Government moves to dismiss the charges in the complaint and information in this matter. A hearing was held on April 29, 2025 at which counsel for the Government, Defendant Nathan Jones, and defense counsel appeared. As discussed during the hearing, it is hereby

**ORDERED** that the Government's Motion to Dismiss is **GRANTED**.

**IT IS ORDERED** that this matter is hereby **DISMISSED**.

April 29, 2025

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge